**SEALED**

**UNSEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Holding a Criminal Term

Grand Jury Sworn in on November 3, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 07-067 |
| ) | |
| ) | GRAND JURY ORIGINAL |
| v.                              ) | |
| ) | VIOLATIONS: |
| LUIS RODRIGUEZ-OLIVERA, ) | |
|   a/k/a "GUERO," ) | |
|   a/k/a "GUERITO," ) 21 U.S.C. §§ 963, 960, 952 and 959 |
|   a/k/a "LOS ASQUILINES," ) Conspiring To Import Cocaine |
| ) and To Manufacture and |
| ESTEBAN RODRIGUEZ-OLIVERA, ) Distribute Cocaine Knowing and |
|   a/k/a "PELIGROS," ) Intending That It Will Be |
|   a/k/a "LA PAPA," ) Imported Into the United |
| ) States |
| ) | |
| ) 21 U.S.C. §959(a) and 960 |
| ) Manufacturing and Distributing |
| ) Cocaine Knowing and Intending |
| ) That It Will Be Imported Into |
| Defendants.                     ) the United States |
| ) | |
| ) 18 U.S.C. §2 |
| ) Aiding and Abetting |
| | |
| | 21 U.S.C. §§853 and 970 |
| | Criminal Forfeiture |

**INDICTMENT**

FILED IN OPEN COURT
MAR 16 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

From in or about late 2005 and continuing thereafter up to and including the date of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in Mexico, the United States and elsewhere,

Case Related To  06-7

the defendants LUIS RODRIGUEZ-OLIVERA, a/k/a "Guero," "Guerito" and "Los Asquilines," and ESTEBAN RODRIGUEZ-OLIVERA, a/k/a "Peligros," and "La Papa," did knowingly and unlawfully combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury to commit the following offenses against the United States: (1) to knowingly and intentionally import five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from Mexico and Peru, in violation of Title 21, United States Code, Sections 952 and 960, and (2) to knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 960. All in violation of Title 21, United States Code, Sections 960, 963, and Title 18, United States Code, Section 2.

## COUNT TWO

On or about January 7, 2006, LUIS RODRIGUEZ-OLIVERA, a/k/a "Guero," "Guerito" and "Los Asquilines," and ESTEBAN RODRIGUEZ-OLIVERA, a/k/a "Peligros," and "La Papa," and others known and unknown to the Grand Jury, in Mexico, the United States, and elsewhere, did knowingly distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine,

a Schedule II controlled substance, knowing and intending that such cocaine would be unlawfully imported into the United States,

In violation of Title 21, United States Code, Sections 959(a) and 960, and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION

Upon conviction of the criminal violations alleged in Counts One and Two of the Indictment, the defendants, LUIS RODRIGUEZ-OLIVERA, and a/k/a "Guero," "Guerito" and "Los Asquilines," and ESTEBAN RODRIGUEZ-OLIVERA, a/k/a "Peligros," and "La Papa,"

(1) Shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendants may have in:

   (a) any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Counts One and Two of this Indictment; and

   (b) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Counts One and Two of this Indictment.

(2) If any of said forfeitable property, as a result of any act or omission of the defendant

   (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property.

    All in violation of Title 21, United States Code, Sections 853 and 970.

A TRUE BILL:

_[signature]_
FOREPERSON

KENNETH A. BLANCO, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By: _[signature: LSM]_
Lawrence Schneider
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 616-4940

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _[signature: Melinda L. Pugh]_
Deputy Clerk